JUDGE SULLIVAN

'08 CIV 8056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

VIRGIN ENTERPRISES LIMITED,

Plaintiff,

- against -

VIRGIN OIL TRADING COMPANY LIMITED,

Defendant.

COMPLAINT

SEP 17 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Plaintiff Virgin Enterprises Limited, by its attorneys, Fried, Frank, Harris, Shriver & Jacobson LLP, for its complaint in this action alleges:

## PARTIES AND JURISDICTION

1. Plaintiff Virgin Enterprises Limited ("VEL") is a corporation organized and existing under the laws of England and Wales, having its principal place of business located at The School House, 50 Brook Green, London W6 7RR, England.

2. On information and belief, defendant Virgin Oil Trading Company Limited is a corporation organized and existing under the laws of Delaware, having its principal place of business located in Langhorne, Pennsylvania.

3. This action arises under the Trademark Act of 1946, 15 U.S.C. §§ 1051 et seq., the New York General Business Law § 360-l, and the common law of the State of New York.

4. Jurisdiction of this Court is proper under 28 U.S.C. §§ 1331, 1332(a), 1338(a) and (b), 15 U.S.C. §§ 1121 and 28 U.S.C. § 1367. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

## FIRST CAUSE OF ACTION

5. Plaintiff and related companies (collectively, the "Virgin Group") conduct numerous worldwide businesses under the trade name, trademark, and service mark VIRGIN. A description of Virgin Group company operations appears at the Internet web site associated with the domain name www.virgin.com. In the year ending December 31, 1999, Virgin Group companies employed more than 25,000 staff in twenty-six (26) countries and had worldwide sales revenues in excess of U.S. $5 billion.

6. VEL's licensee, Virgin Atlantic Airways Limited ("VAA"), has provided VIRGIN-branded air travel, air freight, courier, cargo, and related services in United States commerce continuously since 1984. VAA currently provides VIRGIN and VIRGIN ATLANTIC travel-related services utilizing a fleet of Boeing 747 and Airbus A340 aircraft providing daily departures to and from New York (JFK) and New Jersey (Newark), Boston, Chicago, Washington (IAD), Orlando, Miami, Los Angeles, Las Vegas, and San Francisco. A description of VAA operations appears at the Internet web site associated with the domain name www.virgin-atlantic.com.

7. VEL's licensee, Virgin America Inc. ("VAI"), has provided VIRGIN-branded air travel and related services in U.S. commerce continuously since 2007. VAI currently provides VIRGIN and VIRGIN AMERICA travel-related services using a fleet of Boeing 737 aircraft

providing daily departures to and from New York (JFK), Washington (IAD), Seattle, San Diego, Los Angeles, San Francisco, and Las Vegas. A description of VAI operations appears at the web site associated with the domain name www.virginamerica.com.

8. VEL's licensee, Virgin Limousines (California) LLC ("VLC"), has offered VIRGIN-branded car and limousine services in U.S. commerce continuously since 1996. VIRGIN LIMO car and transportation services, including personal driving tours, are used annually by tens of thousands of passengers. A description of VLC operations appears at the web site associated with the domain name www.virginlimo.com.

9. VEL's licensee, Virgin Entertainment Group ("VEG"), has provided VIRGIN-branded retail store services in United States commerce continuously since 1992. VEG currently operates a chain of VIRGIN and VIRGIN MEGASTORE retail stores in major cities of the United States, including locations in Arizona, California, Colorado, Florida, New York, and Texas. A description of VEG operations appears at the Internet web site associated with the domain name www.virginmega.com.

10. VEL's licensee, Virgin Mobile USA, LLC ("VMU"), has offered VIRGIN-branded wireless telecommunications products and services in United States commerce continuously since 2002. VMU currently provides VIRGIN and VIRGIN MOBILE wireless services to more than five million subscribers located in more than 4,000 cities and communities located throughout the United States. A description of VMU operations appears at the Internet web site associated with the domain name www.virginmobileusa.com. VMU also offers VIRGIN FESTIVAL entertainment service in United States commerce. A description of

VIRGIN FESTIVAL entertainment services appear at the Internet web site associated with the domain name www.virginfestival.com.

11. VEL's licensee, Virgin Books Limited ("VBL"), has provided VIRGIN-branded online shopping services and VIRGIN-branded books and guides in U.S. commerce continuously since 2001. A description of VBL operations appears at the web site associated with the domain name www.virginbooksusa.com.

12. VEL's licensee, Virgin Media Inc. ("VMI"), has provided VIRGIN-branded online information services in United States commerce continuously since 1996. A description of VMI operations appears at the web site associated with the domain name www.virginmedia.com.

13. VEL's licensee, Virgin Vines, has provided VIRGIN-branded wine products in United States commerce continuously since 2005. A description of Virgin Vines operations appears at the web site associated with the domain name www.virginvines.com.

14. VEL's licensee, Virgin.com Ltd., has provided VIRGIN-branded skill games in United States commerce continuously since 2005. A description of Virgin Games operations appears at the web site associated with the domain name http://www.virgingames.com/.

15. VEL's licensee, Virgin Comics LLC, has provided VIRGIN-branded comic books in United States commerce continuously since 2006. A description of Virgin Comics operations appears at the web site associated with the domain name www.virgincomics.com/.

16. VEL's licensee, Virgin Money Ltd., has provided VIRGIN-branded credit card services in United States commerce continuously since 2002. A description of the VIRGIN credit card appears at the web site associated with the domain name www.virginmoney.com.

17. VEL's licensee, Virgin Money USA, Inc., has provided VIRGIN-branded financial services in United States commerce continuously since 2007. A description of Virgin Money operations appears at the web site associated with the domain name www.virginmoneyus.com.

18. VEL's licensee, Virgin HealthMiles, Inc., has provided VIRGIN-branded health-related services in United States commerce continuously since 2005. A description of Virgin HealthMiles operations appears at the web site associated with the domain name www.virginhealthmiles.com.

19. VEL's licensee, Virgin Health Bank, has provided VIRGIN-branded umbilical cord blood storage services in United States commerce since 2007. A description of Virgin Health Bank operations appears at the website associated with the domain name www.virginhealthbank.com.

20. VEL licensees offer diverse VIRGIN-branded merchandise and online services in United States commerce including VIRGIN T-shirts, VIRGIN sweatshirts, VIRGIN hats, VIRGIN soft drinks, VIRGIN vodka, VIRGIN cosmetics, VIRGIN toys, VIRGIN bags, VIRGIN mobile phones and accessories, VIRGIN audio CD's, and other VIRGIN-branded goods and services.

21. VEL is the owner of numerous United States registrations of trademarks and service marks comprising the word VIRGIN, including:

(a.) U.S. Reg. No. 1,039,574 for VIRGIN & Design as applied to "sound records in the form of discs and tapes and cassettes for use therewith";

(b.) U.S. Reg. No. 1,413,664 for VIRGIN as applied to "air travel services";

(c.) U.S. Reg. No. 1,469,618 for VIRGIN as applied to "pre-recorded audio and/or video tapes, cassettes and cartridges; pre-recorded audio and video discs, phonograph records";

(d.) U.S. Reg. No. 1,517,801 for VIRGIN (stylized) as applied to "pre-recorded audio and/or video tapes, cassettes and cartridges; pre-recorded audio and video discs, phonograph records; photographic and cinematographic films";

(e.) U.S. Reg. No. 1,591,952 for VIRGIN (stylized) as applied to "printed sheet music; fictional and non-fictional books, biography and autobiography books, periodicals, namely, paperback books all dealing with music, films and entertainment; paper for packaging, paper cases; writing instruments, namely, pens, pencils, ball point pens, stationery and office supplies, namely, writing paper, playing cards" and "articles of outer clothing, namely, shirts, t-shirts, sweat shirts, jackets, hats, clothing caps, clothing belts";

(f.) U.S. Reg. No. 1,597,386 for VIRGIN as applied to "printed sheet music; mounted photographs; posters, fictional and non-fictional books, biography and autobiography books, periodicals, namely, journals, paperback books all dealing with music, films and entertainment; paper for packaging, paper cases; stationery and office supplies, signs of paper or cardboard, playing cards" and "articles of outer clothing, namely, shirts, t-shirts, sweat shirts, jackets, hats, clothing caps, clothing belts";

(g.) U.S. Reg. No. 1,851,817 for VIRGIN as applied to "transportation of goods and passengers by road and air, freight transportation services; travel agency services"; and "retail store services in the fields of cameras, records, audio and video tapes, computers and electronic apparatus, and watches, sheet music, books and photography, handbags, purses, luggage and leather goods, clothing, games, video game machines and video game cartridges";

(h.) U.S. Reg. No. 1,852,776 for VIRGIN (stylized) as applied to, among other things, "bars; rental of food service equipment; namely, vending machines; portrait and aerial photography; typesetting and printing services; and retail store services in the fields of cameras, records, audio and video tapes, computers and electronic apparatus, and watches, sheet music, books and

photography, handbags, purses, luggage and leather goods, clothing, games, video game machines and video game cartridges";

(i.) U.S. Reg. No. 1,863,353 for VIRGIN MEGASTORE as applied to "retail department store services";

(j.) U.S. Reg. No. 2,151,589 for VIRGIN VODKA as applied to "vodka";

(k.) U.S. Reg. No. 2,237,092 for VIRGIN VACATIONS as applied to "arranging the transport of passengers by air and road, arranging and conducting travel tours, travel agency services, namely, making reservations and bookings for transportation, and transportation reservation services; resort hotel and hotel reservation; travel agency services, namely, making reservations and bookings for temporary lodging";

(l.) U.S. Reg. No. 2,586,162 for VIRGIN as applied to "articles of luggage, namely, suitcases; bags; namely, back packs, rucksacks, school bags, school satchels, traveling bags, sports bags, all purpose sports bags for campers and climbers, textile shopping bags; wallets; umbrellas and parasols";

(m.) U.S. Reg. No. 2,600,080 for VIRGIN (stylized) as applied to "non-alcoholic beverages, namely, soft drinks";

(n.) U.S. Reg. No. 2,622,510 for VIRGIN (stylized) as applied to "underwriting life, health and general insurance; funds investment; investment of funds for others; open and close-ended funds investment; financial analysis and consultation in the field of securities, personal equity and tax advantaged savings";

(o.) U.S. Reg. No. 2,625,455 for VIRGIN as applied to "computerized communication services, namely, electronic mail services, and providing networks for the purpose of transmission and reception of electronic mail, computer generated music, news and other data and information; and broadcasting services by radio and over a global computer network of a wide variety of programs, namely, current events, economics, politics, sports, entertainment, the arts and business" and "providing an on-line shopping mall via a global computer network; providing business information via a global computer network";

(p.) U.S. Reg. No. 2,639,079 for VIRGIN HOLIDAYS as applied to "transportation of passengers and goods by road, rail and air; arranging of package holidays; arranging and organizing tours; arranging visits to places of interest; tourist office services; travel agency services, namely, making reservations and bookings for transportation; transportation reservation services; travel agency services, namely, making reservations and bookings for temporary lodging";

(q.) U.S. Reg. No. 2,643,644 for VIRGIN VIE (stylized) as applied to "perfumes; eau-de-cologne; non-medicated toilet preparations, namely, lotions and moisturizers; non-medicated preparations for the care of the skin, hands, scalp and body, namely, moisturizers, lotions, creams and gels; non-medicated skin cleansing preparations, namely, lotions, creams and gels; creams and lotions for the skin; nail varnishes";

(r.) U.S. Reg. No. 2,675,758 for VIRGIN as applied to "articles of luggage, namely, garment bags; trunks; bags, namely, beach bags, hunters' game bags, handbags; mesh shopping bags and leather or leather imitation shopping bags, sling bags for carrying infants; briefcases; purses; walking sticks" and "gloves";

(s.) U.S. Reg. No. 2,689,097 for VIRGIN (stylized) as applied to "mobile telephones, telephones; modems; batteries; battery chargers, cigarette lighter adapters; dashboard mounts; hands-free headsets; carrying cases; belt clips" and "telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the Internet; personal communications services; pager services; electronic mail services; transmission or broadcast of news and information for others via telephone including the Internet";

(t.) U.S. Reg. No. 2,689,098 for VIRGIN as applied to "mobile telephones; telephones; modems; batteries; battery chargers; cigarette lighter adapters; dashboard mounts; hands-free headsets; carrying cases; belt clips" and "telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the internet; personal communications services; pager services; electronic mail services; transmission or broadcast of news and information for others via telephone, including the Internet";

(u.) U.S. Reg. No. 2,709,578 for VIRGIN (stylized) as applied to, among other things, "sound records of music in the form of discs and tapes and cassettes; pre-recorded audio or video tapes, cassettes and cartridges featuring music; pre-recorded audio and video discs, phonograph records featuring music; data processors and displays; graphical interface to aid the delivery of interactive products and services by cable or wireless transmission; parts for the aforesaid goods; computer game software; computer software for educational computer games, for calculators, for global computer network access and for music products; computer hardware"; "mineral waters, aerated waters, and flavored waters"; "fruit flavored drinks"; and "vodka";

(v.) U.S. Reg. No. 2,717,644 for VIRGIN as applied to "soft drinks";

(w.) U.S. Reg. No. 2,770,775 for VIRGIN MOBILE as applied to, among other things, "mobile telephones, telephones and modems, and accessories

therefore, namely, batteries; battery chargers; cigarette lighter adapters; hands-free headsets; carrying cases and belt clips" and "telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the internet; personal communications services; pager services; electronic mail services; transmission or broadcast of news and information for others via telephone, including the Internet";

(x.) U.S. Reg. No. 2,770,776 for VIRGIN MOBILE (stylized) as applied to, among other things, "mobile telephones, telephones and modems, and accessories therefore, namely, batteries; battery chargers; cigarette lighter adapters; hands-free headsets; carrying cases and belt clips" and "telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the internet; personal communications services; pager services; electronic mail services; transmission or broadcast of news and information for others via telephone, including the Internet";

(y.) U.S. Reg. No. 2,798,130 for VIRGIN (stylized) as applied to "playing cards, writing instruments, namely, pens, pencils and ball point pens"; "luggage"; "leisurewear, namely, fleece tops and shirts; articles of outer clothing, namely T-shirts, sweat shirts, jackets, hats, clothing caps"; "sporting articles, namely, golf tees"; "preparing advertising, promotions, and public relations materials for others; demonstration of the goods of others and the promotion thereof; and distribution and dissemination of advertising, promotional materials and sample materials of others"; "electronic transmission and display of information for business or domestic purposes from a computer stored data bank"; and "retail store services in the fields of records, audio and video tapes, computers and electronic apparatus and watches, books, luggage and leather goods, clothing, games, video game cartridges, and cafes";

(z.) U.S. Reg. No. 2,808,270 for VIRGIN ATLANTIC as applied to "transportation of and arranging transportation of goods and passengers by road and air; freight transportation services by air; transportation of human beings by means of land vehicles; chauffeur services; travel agency services, namely, making reservations and bookings for transportation; arranging and/or conducting travel tours; operation of aircraft for others";

(aa.) U.S. Reg. No. 2,818,572 for VIRGIN VIE (stylized) as applied to "soaps; shampoos; toilet waters; essential oils for personal use; shaving preparations; after-shave lotions; shaving foams; non-medicated toilet preparations, namely, soaps, shampoos, conditioners, non-medicated bath salts and bath oils; anti-perspirants, deodorants for use on the person; depilatories; dentifrices; mouthwashes; cosmetics, namely, foundation creams and lotions, face powders, blusher, lipsticks, lip gloss, and eye make-up; sun tanning and sun screening preparations; non-medicated preparations for the care of the skins hands, scalp and body, namely, toners, exfoliators, scrubs, soaps, nail care

preparations namely, shampoos, conditioners, lotions, styling gels, mousse, oils, sprays, hair coloring and decolorant preparations; dyes for the hair and permanent waving and curling preparations; non-medicated skin cleansing preparations namely, cleansers, exfoliators, scrubs, soaps and toners; talcum powders; nail varnish removers; nail care preparations; artificial nails and adhesives therefor; glues, adhesives, acrylic, and silk and linen wraps for the repair of artificial nails; artificial eyelashes and adhesives therefore";

(bb.) U.S. Reg. No. 2,870,028 for VIRGIN XTRAS as applied to "mobile telephones; computer software downloadable from the Internet for transmission, reception and storage of voice, data, images, e-mail and digital information; Telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the internet; personal communications services; electronic mail services; transmission or broadcast of news and information for others via telephone, including the internet";

(cc.) U.S. Reg. No. 3,009,266 for VIRGIN (stylized) as applied to "operation of leisure centers, namely, providing cosmetic and body care services";

(dd.) U.S. Reg. No. 3,100,295 for VIRGIN XL as applied to "mobile telephones; computer software downloadable from the Internet for transmission, reception and storage of voice, data, images, e-mail and digital information; Telecommunications services, namely, transmission of voice, data, images, audio, video, and information via telephone or the internet; personal communications services; electronic mail services; transmission or broadcast of news and information for others via telephone, including the internet";

(ee.) U.S. Reg. No. 3,174,388 for VIRGIN as applied to "soaps; shampoos; non-medicated toilet preparations, namely, soaps, shampoos, lotions and moisturizers; antiperspirants; deodorants for use on a person; cosmetics namely, foundation creams and lotions; non-medicated preparations for the care of the skin, hands, scalp and body, namely, moisturizers, lotions, creams, soaps, gels, hair care preparations, namely, shampoos, non-medicated skin cleansing preparations, namely, cleansers, lotions, creams, soaps; creams and lotions for the skin";

(ff.) U.S. Reg. No. 3,188,282 for VIRGIN as applied to "vodka and wine";

(gg.) U.S. Reg. No. 3,209,714 for VIRGIN (stylized) as applied to "entertainment services, namely, providing online computer games";

(hh.) U.S. Reg. No. 3,209,716 for VIRGIN as applied to "entertainment services, namely, providing online computer games";

(ii.)U.S. Reg. No. 3,230,095 for VIRGIN (stylized) as applied to "organizing cultural activities and events; operation of leisure centers, namely, providing library and Internet access facilities";

(jj.)U.S. Reg. No. 3,245,593 for VIRGIN (stylized) as applied to "alcoholic beverages, namely, vodka and wine";

(kk.) U.S. Reg. No. 3,298,420 for VIRGIN as applied to "business incentive services, namely, offering plans to employers including motivational schemes, gift certificates and other rewards for employees, management of incentive programs, events and schemes for others; and debit card services";

(ll.)U.S. Reg. No. 3,298,421 for VIRGIN (stylized) as applied to "business incentive services, namely, offering plans to employers including motivational schemes, gift certificates and other rewards for employees, management of incentive programs, events and schemes for others; and debit card services"

(mm.) U.S. Reg. No. 3,398,247 for VIRGIN for "banking services; loan services, namely, offering loans to others; credit card services; consumer financing; electronic funds transfer";

(nn.) U.S. Reg. No. 3,398,248 for VIRGIN (stylized) for "banking services; loan services, namely, offering loans to others; credit card services; consumer financing; electronic funds transfer"; and

(oo.) U.S. Reg. No. 3,472,228 for VIRGIN UNITE for "Developing promotional campaigns for business; promoting public awareness of the need for businesses to have a positive impact on the communities and environment in which they operate and work together with the social sector to drive long term social change including making investments in emerging markets to accelerate positive social change through economic development; charitable services, namely, organizing and coordinating programs for the sick, people with health problems or issues, the homeless, drug users, those with disabilities, victims of abuse, those who are bereaved, children in need or at risk, those with sexual problems, and underprivileged communities, and organizing and conducting volunteer programs and community service projects; business management and administration services in connection with a charity";
"Charitable fund raising; charitable financial services for those in need, namely, accepting and administering monetary charitable contributions; financial sponsorship of fund raising events and events designed to raise the profile of charitable and social issues"; and
"Educational services, namely, conducting summits, conferences, lectures and seminars in the field of social change and charitable and social issues; training services in the field of social change and charitable and social issues; organizing community sporting and cultural events; educational services,

namely, providing classes, lectures, seminars, workshops, and discussion groups in the fields of sickness, health problems, homelessness, drug use, disabilities, abuse, bereavement, children's needs, sexual problems, and poverty to young people, people with health problems or issues, the homeless, drug users, those with disabilities, victims of abuse, those who have been bereaved, children in need or at risk, those with sexual problems, and underprivileged communities; charitable services, namely, academic mentoring of children from underprivileged communities and young people".

22. By reason of more than thirty (30) years of continuous and substantially exclusive use, as well as Virgin Group companies' expenditure of tens of millions of dollars in advertising and promotion, VEL's VIRGIN marks have come to be famous and to symbolize extensive goodwill identifying Virgin Group companies and their founder, Sir Richard C.N. Branson. Interbrand in 1997 identified VIRGIN as one of The World's Top 100 Brands, ranking it in a tie with CANON, just below KLEENEX.

23. Commencing at a time currently unknown to VEL, but long after VEL commenced use of VIRGIN to identify diverse businesses, products, and services offered in United States commerce, defendant adopted and commenced use of the name VIRGIN OIL TRADING COMPANY in connection with retail petroleum distribution services rendered in interstate commerce between at least New York and New Jersey.

24. The conduct of defendant is likely to cause confusion, to cause mistake, or to deceive as to the affiliation, connection, or association of defendant with VEL, or as to the origin, sponsorship, or approval by VEL of defendant's, services or commercial activities.

25. VEL believes that it is likely to be damaged by defendant's use of VIRGIN in connection with transportation services.

26. The conduct of defendant threatens VEL with irreparable harm for which VEL has no adequate remedy at law.

27. Defendant is liable to VEL for registered trademark and service mark infringement in violation of 15 U.S.C. § 1114(1).

**SECOND CAUSE OF ACTION**

28. Paragraphs 1-27, above, are realleged and incorporated by reference as if set forth in full.

29. Defendant is liable to VEL for violation of 15 U.S.C. § 1125(a)(1).

**THIRD CAUSE OF ACTION**

30. Paragraphs 1-29, above, are realleged and incorporated by reference as if set forth in full.

31. By reason of more than thirty years of continuous, substantially exclusive, and extensive use, advertising, and promotion, VEL's VIRGIN and VIRGIN (stylized) marks were famous prior to defendant adoption and use of VIRGIN.

32. The conduct of defendant is likely to injure VEL's business reputation and dilute the distinctive quality of VEL's famous VIRGIN name and mark.

33. Defendant is liable to VEL for dilution under 15 U.S.C. § 1125(c).

## FOURTH CAUSE OF ACTION

34. Paragraphs 1-33, above, are realleged and incorporated by reference as if set forth in full.

35. Defendant is liable to VEL for dilution under New York General Business Law § 360-l.

## FIFTH CAUSE OF ACTION

36. Paragraphs 1-35, above, are realleged and incorporated by reference as if set forth in full.

37. Defendant is liable to VEL for unfair competition and misappropriation under New York law.

WHEREFORE, Plaintiff VEL prays that the Court:

i. declare, adjudge, and decree that defendant is liable to VEL for registered trademark and service mark infringement under 15 U.S.C. § 1114(1);

ii. declare, adjudge, and decree that defendant is liable to VEL for violation of 15 U.S.C. § 1125(a);

iii. declare, adjudge, and decree that defendant is liable to VEL for dilution under 15 U.S.C. § 1125(c);

iv. declare, adjudge, and decree that defendant is liable to VEL for dilution under N.Y. Gen. Bus. Law § 360-l;

v. declare, adjudge, and decree that defendant is liable to VEL for unfair competition and misappropriation under New York common law;

vi. grant preliminary and permanent injunctions restraining defendant from engaging in any further acts constituting trademark or service mark

infringement, dilution, trade name infringement, unfair competition, or misappropriation;

vii. award VEL compensatory damages as provided by law;

viii. award VEL statutory damages as provided by law;

ix. award VEL punitive damages as provided by law;

x. award VEL treble damages as provided by law;

xi. award VEL its costs, disbursements, and attorneys' fees incurred in bringing this action; and

xii. award VEL such other and further relief as the Court may deem just and proper.

Dated: New York, New York
September 17, 2008

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: ______________________
James W. Dabney
Mitchell Epner

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000
james.dabney@friedfrank.com
mitchell.epner@friedfrank.com
Attorneys for Plaintiff

7105000