JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

Plaintiff,

- against -

VIRGIN OIL TRADING COMPANY LIMITED,

Defendant.

-------------------------------------------------------------------x

'08 CIV 8056

**ECF CASE**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

RECEIVED SEP 17 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York
Septemeber 17, 2008

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By ______________________
James W. Dabney
Mitchell Epner

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000
james.dabney@friedfrank.com
mitchell.epner@friedfrank.com

Attorneys for Plaintiff