JUDGE SULLIVAN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIRGIN ENTERPRISES LIMITED

V.

VIRGIN OIL TRADING COMPANY LIMITED

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 8056

TO: (Name and address of Defendant)

Virgin Oil Trading Company Limited
1707 Langhorne Newtown Road, Suite 5
Langhorne, PA 19047

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

SEP 17 2008

DATE

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 9/26/08 |
|---|---|
| NAME OF SERVER (PPJNT) KEVIN S. DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): SERVED: VIRGIN OIL TRADING COMPANY LIMITED C/O CORPORATE AGENTS, INC. 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/26/08
Date

KSD
*Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK — *Index No.* 08 CIV 8056

Calendar No.

VIRGIN ENTERPRISES LIMITED — *Plaintiff(s) Petitioner(s)*

*against*

VIRGIN OIL TRADING COMPANY LIMITED — *Defendant)s) Respondent(s)*

*AFFIDAVIT OF SERVICE*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 9/26/08 at 3:10 PM .M., at C/O CORPORATE AGENTS, INC 2711 CENTERVILLE RD. WILMINGTON, DE

deponent served the within

- [X] summons and complaint
- [ ] subpoena duces tecum
- [ ] citation
- [ ] MANOR OF SERVICE IN COMPLIANCE WITH FEDERAL CODE OF CIVIL PROCEDURE

on VIRGIN OIL TRADING COMPANY LIMITED [X] defendant [ ] witness [ ] -espondent hereinafter called the recipient therein lamed

**INDIVIDUAL 1.** [ ] by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [X] a DELAWARE corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT thereof

**SUITABLE AGE PERSON 3.** [ ] by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of *each* to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** [ ] Deponent talked to at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [ ]

| | | | | | | |
|---|---|---|---|---|---|---|
| [ ] Male | [X] White Skin | [X] Black Hair | [ ] White Hair | [ ] 14-20 Yrs. | [ ] Under 5' | [ ] Under 100 Lbs. |
| [X] Female | [ ] Black Skin | [ ] Brown Hair | [ ] Balding | [ ] 21-35 Yrs. | [ ] 5'0"-5'3" | [ ] 100- 130 Lbs. |
| | [ ] Yellow Skin | [ ] Blonde Hair | [ ] Mustache | [X] 36-50 Yrs. | [X] 5'4"-5'8" | [X] 131-160 Lbs. |
| | [ ] Brown Skin | [ ] Gray Hair | [ ] Beard | [ ] 51-65 Yrs. | [ ] 5'9"-6'0" | [ ] 161-200 Lbs. |
| | [ ] Red Skin | [ ] Red Hair | [ ] Glasses | [ ] Over 65 Yrs. | [ ] Over 6' | [ ] Over 200 Lbs. |

[ ] Other identifying features:

**WITNESS FEES** [ ] $ the authorizing traveling expenses and one days' witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpeona copy.

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 9/26/08

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

License No.

KEVIN S. DUNN