USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 2/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES,

Plaintiff,

-v-

VIRGIN OIL,

Defendant.

No. 08 Civ. 8056 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Before the Court is a letter from Plaintiff, dated February 4, 2009, indicating that Defendant plans to default in this litigation, and requesting permission to adjourn the initial scheduling conference.

The Court hereby grants Plaintiff's request to file an entry of default. Plaintiff is instructed to comply with the Court's Individual Practices, specifically "Attachment A Default Judgment" which governs the procedure for seeking a default judgment. The Court's Individual Practices, including Attachment A, are located online at http://www1.nysd.uscourts.gov/judge_info.php?id=99. Plaintiff must file the request for entry of default no later than Monday, February 23, 2009. The conference scheduled for February 13, 2009 is adjourned.

SO ORDERED.

Dated: February 5, 2009
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE