# AFFIDAVIT OF SERVER

| | | |
|---|---|---|
| Virgin Enterprises Limited | v. Virgin Oil Trading Company Limited | 08 CIV 8056 |
| PLAINTIFF | DEFENDANT | CASE NUMBER |

I, Kevin S. Dunn being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Virgin Oil Trading Company Limited
NAME OF PERSON/ENTITY BEING SERVED

with (list documents) Order, with attachments, in *Virgin Enterprises Limited v. Virgin Oil Trading Company Limited*, No. 08 CIV 8056 (RJS), dated February 20, 2009 and signed by the Honorable Richard J. Sullivan, U.S. District Judge (pages 1-11) (D.I. 6)

by leaving with Corporate Agents, Inc., Defendant's Registered Agent

| NAME | RELATIONSHIP |
|---|---|
| MARY DRUMMOND | PROCESS AGENT |

☐ at Residence

ADDRESS CITY/STATE

☑ at Business 2711 Centerville Road, Suite 400, Wilmington, DE 19808
ADDRESS CITY/STATE

on 2/24/09 at 4:20 PM
DATE TIME

SIGNATURE OF SERVER

SUBSCRIBED AND SWORN to before me this 24TH day of February, 2009.

NOTARY PUBLIC for the state of DELAWARE

SIGNATURE OF NOTARY PUBLIC

2742514

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010