Fried. Frank. Harris, Shriver & Jacobson LLP

One New York Plaza
New York, New York 10004-1980
Tel: +1.212.859.8000
Fax: +1.212 859.4000
www.friedfrank.com

FRIED FRANK

Direct Line: 212.859.8966
Fax: 212.859.4000
james.dabney@friedfrank.com

# MEMO ENDORSED

May 7, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Virgin Enterprises Ltd. v. Virgin Oil Trading Company Ltd.
Civil Action No. 08 CV 8056 (RJS)

Dear Judge Sullivan:

This office represents plaintiff Virgin Enterprises Ltd. ("VEL") in the above entitled action.

In accordance with the Default Order and Judgment filed March 13, 2009, we write to inform the Court that VEL does not intend to seek damages in this case.

We believe that the Court may appropriately treat this case as finally resolved.

We appreciate Your Honor's consideration of this matter.

Respectfullly yours,

James W. Dabney

7294792

For the reasons set forth in the Court's March 13, 2009 Order the above-captioned matter shall be terminated and marked closed.

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
Dated: 5/10/09